UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| LINDA JAN MINIX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | Civil No. 7:21-cv-00067-GFVT |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| *Acting Commissioner of Social Security*, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Rule 58 of the Federal Rules of Civil Procedure and pursuant to sentence four of 42 U.S.C. § 405(g), it is hereby **ORDERED** as follows:

1.      The administrative decision of the Commissioner of Social Security is **AFFIRMED** and Judgment is **ENTERED** in favor of the Social Security Administration with respect to all issues raised herein;

2.      This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay;

3.      All issues properly raised herein having been resolved, this action is **DISMISSED** with prejudice; and

4.      This matter is **STRICKEN** from the Court's active docket.

This the 11th day of July, 2022.

Gregory F. Van Tatenhove
United States District Judge